

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

SI Investments Corp., Sarbjit Kaur and
Iqbal Kaur, Appellants

No. 06-18-00044-CV      v.

RN Sweet I, LLC, Appellee

Appeal from the County Court at Law No. 2
of Gregg County, Texas (Tr. Ct. No. 2017-
1980-CCL2). Memorandum Opinion
delivered by Justice Moseley, Chief Justice
Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the joint motion of the parties to dismiss the appeal by agreement should be granted. Therefore, we dismiss the appeal.

We further order that the appellants, SI Investments Corp., Sarbjit Kaur and Iqbal Kaur, pay all costs of this appeal.

RENDERED JULY 17, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk